An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCENT ARTHUR MOLINSKI A/K/A
VINCENT JAMES REED,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62355

FILED

JUN 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

In his motion filed on November 5, 2012, appellant claimed that the habitual criminal enhancement was illegal because he was not provided notice, it was based on a stipulation, and the district court imposed both the habitual criminal penalty and the deadly weapon enhancement. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). We therefore

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-17391

conclude that the district court did not err in denying appellant's motion.
Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Kathleen E. Delaney, District Judge
       Vincent Arthur Molinski
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk